

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ.<br>KEITH E. WILLIAMS, ESQ. | ROSA COSCIA<br>CATALINA ROMAN |

**Via: EDNY ECF**                                                                July 9, 2025

Honorable Judge Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re:** *Chuqui v. Empire Express Wings Inc., et al.*; 1:25-cv-01324-JHR

Dear Hon. Judge Rearden,

I represent Plaintiff in this Fair Labor Standards Act case. I write jointly with defense counsel to request a brief extension of the deadline to file the Parties' settlement agreement and motion for approval, currently scheduled for July 9, 2025. The Parties have just finalized the agreement and we are now in the process of collecting signatures. We request an extension up to and including July 18, 2025 to submit the agreement for judicial approval. No other dates will be affected by this extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

Keith E. Williams, Esq.

Application GRANTED. The parties' deadline to submit their settlement agreement and joint letter pursuant to the Court's Order, ECF No. 18, is extended *nunc pro tunc* to **July 18, 2025.**

The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: July 10, 2025

cc: all counsel of record, via ECF

PHONE: 516.228.5100    FAX: 516.228.5106    INFO@NHGLAW.COM
WWW.NHGLAW.COM    WWW.NEWYORKOVERTIMELAW.COM